**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MNG 2005, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18-cv-01155-JAR |
| ) | |
| PAYMENTECH, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File Substituted Fourth Amended Complaint by Interlineation and to Enlarge the Time in Which to File Plaintiff's Response to Motion to Dismiss. (Doc. 124).

Plaintiff's Fourth Amended Complaint includes a count of libel and slander against Visa and Chase. (Doc. 104). When permitting Plaintiff to join Visa and G2 as necessary parties and file a Fourth Amended Complaint, this Court specifically stated that Plaintiff's "repeated efforts to amend its pleadings [have] complicated the case" but determined that "*one last application* of Rule 15(a)'s liberal leave will help bring about expeditious resolution of this case." (Doc. 108 at 3) (emphasis added).

The current motion before the Court is effectively a motion for leave to file a Fifth Amended Complaint and add a count of libel and slander against G2. G2, meanwhile, has already filed a motion to dismiss directed at Plaintiff's Fourth Amended Complaint. (Doc. 118). Consistent with this Court's prior statement and in order to facilitate the expeditious resolution of this case,

1

the Court will deny Plaintiff's motion. The Court will, however, grant Plaintiff's request to extend the deadline to respond to G2's motion to dismiss until October 21, 2020.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Substituted Fourth Amended Complaint by Interlineation and to Enlarge the Time in Which to File Plaintiff's Response to Motion to Dismiss (Doc. 124) is **GRANTED in part and DENIED in part**. Plaintiff's Fourth Amended Complaint (Doc. 104) shall remain the operative complaint in this case.

**IT IS FURTHER ORDERED** that Plaintiff shall respond to G2's motion to dismiss **no later than October 21, 2020**.

Dated this 16th day of September, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE